UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANDON SMITH,

    Plaintiff,

v.                                            Case No. 2:19-cv-00294-JLB-NPM

LENDUS, LLC, a Delaware limited liability company,

    Defendant.
_____/

## ORDER

The parties' joint motion for settlement conference (Doc. 36) is **GRANTED**. This case is **REFERRED** to United States Magistrate Judge Mac R. McCoy, who is not assigned to the case, to conduct a settlement conference. The parties shall attend the conference at Magistrate Judge McCoy's direction, which he will provide by separate order.

**ORDERED** in Fort Myers, Florida, on December 21, 2020.

*/s/ John L. Badalamenti*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE